# In the United States District Court for the Southern District of Georgia
## Brunswick Division

XENIA BLANKINSHIP; SPANLINE DIXON; and JEFFREY WATERS, on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

GEORGIA PACIFIC LLC,

    Defendant.

CV 222-138

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal, dkt. no. 20, wherein they notify the Court that they wish to dismiss their claims against Defendant. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. Defendant's motion to dismiss, dkt. no. 4, is **DENIED as moot**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 17 day of January, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA